582 A.2d 1265

IN THE MATTER OF HARVEY L. WEISS, AN
ATTORNEY AT LAW.

December 26, 1990.

## ORDER

This matter having been duly presented to the Court, it is
ORDERED that the petition for reinstatement is granted; sub-
ject, however to the condition that respondent shall submit an
annual certified audit of his trust account records for the
calendar years 1990, 1991 and 1992, said audits to be filed with
the Office of Attorney Ethics within 30 days of the conclusion
of each year.